FILED
CLERK, U.S. DISTRICT COURT

JAN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RODERICK TUSHAWN LIPSEY, | Case No. CV 04-2367-GPS (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| S.J. RYAN, Warden, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be issued dismissing the instant action without prejudice.

///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order and the Judgment of this date on the petitioner at his last known
3  address.

5  DATED: 1/14/08

/s/ signature<br>
GEORGE P. SCHIAVELLI<br>
United States District Judge