FILED
CLERK, U.S. DISTRICT COURT

JAN 16

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

RODERICK TUSHAWN LIPSEY,

   Petitioner,

  vs.

S.J. RYAN, Warden, et al.,

   Respondents.

Case No. CV 04-2367-GPS (JWJ)

JUDGMENT

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

  IT IS ADJUDGED that instant action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b), and Local Rule 41-1.

DATED: ___1/14/08___

GEORGE P. SCHIAVELLI
United States District Judge